Exhibit A

US010792380B2

(12) **United States Patent**
Schumacher

(10) **Patent No.: US 10,792,380 B2**
(45) **Date of Patent: *Oct. 6, 2020**

(54) **SYSTEM AND APPARATUS FOR SANITIZING A POINT OF CONTACT**

(71) Applicant: **Dean Schumacher**, West Bloomfield, MI (US)

(72) Inventor: **Dean Schumacher**, West Bloomfield, MI (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 184 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **15/831,043**

(22) Filed: **Dec. 4, 2017**

(65) **Prior Publication Data**

US 2018/0085481 A1    Mar. 29, 2018

**Related U.S. Application Data**

(63) Continuation of application No. 14/299,815, filed on Jun. 9, 2014, now Pat. No. 9,833,525, which is a continuation-in-part of application No. 14/252,294, filed on Apr. 14, 2014, now abandoned, which is a continuation of application No. 13/070,044, filed on Mar. 23, 2011, now Pat. No. 8,698,100.

(51) **Int. Cl.**
A61L 12/10     (2006.01)
A61L 2/10      (2006.01)
A47L 25/04     (2006.01)
B08B 7/00      (2006.01)

(52) **U.S. Cl.**
CPC ................ **A61L 2/10** (2013.01); **A47L 25/04** (2013.01); *A61L 2202/14* (2013.01); *B08B 7/0057* (2013.01)

(58) **Field of Classification Search**
CPC combination set(s) only.
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 7,989,779 B1 | 8/2011 | Ray et al. |
| 2005/0230638 A1 | 10/2005 | Ancona et al. |
| 2006/0243762 A1 | 11/2006 | Sassoon |
| 2010/0051641 A1 | 3/2010 | Sassoon |

*Primary Examiner* — Jason Y Ko
(74) *Attorney, Agent, or Firm* — Greenberg Traurig, LLP

(57) **ABSTRACT**

An apparatus for sanitizing a point-of-contact surface may include a housing configured to be affixed about at least a portion of said point of contact. The housing may have an interior in or through which the point of contact may be accessed and an anterior opening for access to the interior. The apparatus may further include one or more sources of a sanitizing agent, such as germicidal light, configured to direct the sanitizing agent toward a location where at least a portion of the point-of-contact surface may be disposed. One or more of an anterior dome, an inner surface, and a posterior surface may also be configured to reflect the sanitizing agent toward the location where at least a portion of the point-of-contact surface may be disposed.

**20 Claims, 9 Drawing Sheets**



U.S. Patent        Oct. 6, 2020        Sheet 1 of 9        US 10,792,380 B2



*FIG. 1*

*FIG. 2*



FIG. 4

FIG. 3

U.S. Patent          Oct. 6, 2020          Sheet 3 of 9          US 10,792,380 B2



U.S. Patent          Oct. 6, 2020          Sheet 4 of 9          US 10,792,380 B2



*FIG. 7*



*FIG. 8*



FIG. 9

FIG. 10



*FIG. 11*



*FIG. 12*



FIG. 13



FIG. 14

US 10,792,380 B2

**1**

# SYSTEM AND APPARATUS FOR SANITIZING A POINT OF CONTACT

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation-in-part of U.S. patent application Ser. No. 14/252,294, now pending, which is a continuation of U.S. patent application Ser. No. 13/070,044, issued as U.S. Pat. No. 8,698,100, both of which applications are hereby incorporated by reference in their entireties.

## BACKGROUND

### a. Technical Field

The present disclosure relates to a system and apparatus for sanitizing a point of contact for multiple persons. More specifically, this disclosure relates to a system and apparatus for sanitizing a surface of a door opening device, an elevator control panel, an automatic teller machine, or another point of contact.

### b. Background Art

Doorknobs, other door opening devices, and other points of contact for large groups of people, such as automatic teller machines (ATMs) and elevator buttons or control panels, can be involved in the spread of communicable germs. In hospitals, germs communicated through points of contact can lead to increased patient sickness. In an office environment, germs communicated through points of contact can lead to sick employees and lost productivity. In public spaces, germs communicated through points of contact can lead to a sick populace and spread of disease.

The effect of germs spread through points of contact can be significantly reduced by sterilizing or sanitizing the surface of the point of contact periodically, such as after each use of the point of contact. There is therefore a need for a system and apparatus to sanitize point-of-contact surfaces to eliminate one or more of the problems described above.

## BRIEF SUMMARY

An apparatus for sanitizing a point-of-contact surface, such as, for example, a doorknob, other door opening device, automatic teller machine, or elevator buttons or control panels, may include a housing configured to be affixed about at least a portion of the point-of-contact surface. The housing may have an interior in or through which the point-of-contact surface may be accessed and an anterior opening for access to the interior. The apparatus may further include one or more sources of a sanitizing agent configured to direct the sanitizing agent toward the point-of-contact surface. At least one of the one or more sources of a sanitizing agent may be a source of germicidal ultraviolet (UV) light.

Another embodiment of an apparatus for sanitizing a point-of-contact surface may include a housing having an interior in or through which a point-of-contact surface may be accessed, a posterior opening through which at least a portion of the point-of-contact surface may extend into the interior, and an anterior opening for access to the interior. The apparatus may further include one or more sources of germicidal light configured to direct the germicidal light toward a location where at least a portion of the point-of-contact surface may be disposed. The apparatus may further

**2**

include an anterior structure, affixed to or integral with the housing, configured to reflect the germicidal light toward a location where at least a portion of the point-of-contact surface may be disposed, the anterior structure defining the anterior opening through which the interior may be accessed, wherein at least a portion of the anterior structure extends in an anterior direction beyond an anterior-most portion of the point-of-contact surface, such that the apparatus is configured to sanitize the anterior-most portion of the point-of-contact surface.

Another embodiment of an apparatus for sanitizing a point-of-contact surface may include one or more sources of germicidal light configured to direct the germicidal light toward a location where at least a portion of the point-of-contact surface may be disposed. The apparatus may further include a housing in which the one or more sources of germicidal light are disposed, the housing configured to be affixed about at least a portion of the point-of-contact surface. The housing may include an interior in or through which the point-of-contact surface may be accessed, a posterior surface defining a posterior opening through which at least a portion of the point-of-contact surface may extend into the interior, the posterior surface configured to reflect light from the one or more sources of germicidal light towards a portion of the point-of-contact surface, and an anterior opening for access to the interior. A portion of the housing may extend in an anterior direction beyond an anterior-most portion of the point-of-contact surface.

Another embodiment of an apparatus for sanitizing a point-of-contact surface may include a housing having an interior in or through which a point-of-contact surface may be accessed, a posterior opening through which at least a portion of the point-of-contact surface may extend into the interior, and an anterior opening for access to the interior. The apparatus may further include one or more sources of germicidal light configured to direct the germicidal light toward a location where at least a portion of the point-of-contact surface may be disposed, wherein at least a portion of at least one of the one or more sources of germicidal light extends in the anterior direction beyond an anterior-most portion of the point-of-contact surface.

A system for sanitizing a point-of-contact surface may include an apparatus configured to be affixed about at least a portion of the point-of-contact surface. The apparatus may include one or more sources of a sanitizing agent and may have at least a first operating state in which the apparatus is configured to direct a first amount of the sanitizing agent toward the point-of-contact surface and a second operating state in which the apparatus is configured to direct a second amount of the sanitizing agent toward the point-of-contact surface. The system may further include a switch configured to change the operating state of the apparatus. The switch may comprise one or more of a manual switch, a motion sensor, a timer, and a remote activation system.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is an isometric view of a first embodiment of a sanitizing apparatus for a point-of-contact surface.

FIG. **2** is an anterior view of the first apparatus embodiment.

FIG. **3** is a first side view of the first apparatus embodiment.

FIG. **4** is a second side view of the first apparatus embodiment.

US 10,792,380 B2

3

FIG. **5** is a cross-sectional view of the first apparatus embodiment, taken substantially along line **5-5** in FIG. **3**, with an exemplary point of contact shown in phantom.

FIG. **6** is an isometric view of a second embodiment of a sanitizing apparatus for a point-of-contact surface.

FIG. **7** is an anterior view of the second apparatus embodiment.

FIG. **8** is a posterior view of the second apparatus embodiment.

FIG. **9** is a schematic view of a first embodiment of a system for sanitizing a point-of-contact surface.

FIG. **10** is a schematic view of a second embodiment of a system for sanitizing a point-of-contact surface.

FIG. **11** is a schematic view of a third embodiment of a system for sanitizing a point-of-contact surface.

FIG. **12** is a schematic view of a fourth embodiment of a system for sanitizing a point-of-contact surface.

FIG. **13** is a cross-sectional view of a third embodiment of a sanitizing apparatus for a point-of-contact surface.

FIG. **14** is a cross-sectional view of a fourth embodiment of a sanitizing apparatus for a point-of-contact surface.

DETAILED DESCRIPTION

It is known in the art that certain sanitizing agents may be used to sanitize objects and surfaces, such as doorknobs, other door opening devices, automatic teller machines (ATMs), or elevator buttons and control panels. One type of sanitizing agent is electromagnetic energy of a particular frequency in the ultraviolet (UV) light spectrum. Ultraviolet light with a wavelength in the range of about 100 nanometers (nm) to about 280 nanometers (referred to herein as germicidal UV) is known to be deadly to bacteria and other micro-organisms, killing the micro-organisms, rendering them harmless, or eliminating their ability to reproduce. Germicidal UV with a wavelength of about 254 nanometers (a frequency of about 1.18 petahertz (PHz)) or about 185 nm is known to be particularly effective. In one embodiment of the present invention, germicidal UV may be used as an effective agent for sterilizing or sanitizing doorknobs, other door opening devices, automatic teller machines (ATMs), elevator buttons and control panels, and other devices and apparatus that may be points of contact for a large volume of people, referred to herein as "points of contact." Similarly, as used herein, a "point-of-contact surface" refers to any surface of a point of contact. A system and apparatus for sanitizing such point-of-contact surfaces may involve germicidal UV or other sanitizing agents.

In addition to germicidal UV, additional or alternative types of germicidal radiation may be used. For example, but without limitation, high-intensity, narrow-spectrum (HINS) radiation (e.g., in the visible light spectrum with a wavelength of or similar to, for example, 405 nm), blue light (e.g., having a wavelength of or similar to 415 nm), or another wavelength of radiation that is particularly well-suited to germicidal or antimicrobial applications.

Referring now to the drawings wherein like reference numerals are used to identify identical components in the various views, FIG. **1** is an isometric view of an embodiment **10** of a sanitizing apparatus for a point-of-contact surface. Apparatus **10** may include a housing **12** and one or more attachment structures **18**. Housing **12** may include an anterior opening **14** and an interior **16**. As used herein, "posterior" refers generally to the end of an apparatus or system, such as apparatus **10**, proximate to a point of contact or to a structure to which the point of contact is attached (e.g., a wall or door). "Anterior" refers generally to the end of the

4

apparatus or system through or by which a human user may access the point of contact, such as by extension of a hand through anterior opening **14**. Housing **12** may contain one or more sources of a sanitizing agent, one or more surfaces to focus and reflect the sanitizing agent toward a point-of-contact surface, and wiring and circuitry enabling the one or more sanitizing agent sources to function. An anterior dome **20** or other anterior structure may be provided at the anterior end of housing **12** and may be configured to reflect or direct the sanitizing agent toward a location where the point-of-contact surface is to be disposed when apparatus **10** is installed. At least a portion of the point of contact may extend into interior **16**—i.e., the point of contact may be accessed in or through interior **16**. Anterior opening **14** may provide user access to interior **16**—i.e., human access to the point of contact sanitized by apparatus **10**. Attachment structures **18** may be provided to attach housing **12** to a door, door frame, wall, or other structure to allow interior **16** to be disposed about a point-of-contact surface. Attachment structures **18** may be brackets and screws, as shown, or other functional attachment structures or devices.

FIG. **2** is an anterior view of apparatus **10** looking through anterior opening **14** and through interior **16** to a posterior opening **22**. A protective screen **30** (best shown in FIG. **5**) has been omitted for clarity. Interior **16** may be defined as the area within housing **12** between anterior opening **14** and posterior opening **22**. Posterior opening **22** may be provided for a portion of a doorknob, other door opening device, or other point of contact to extend into interior **16**. In an embodiment in which no point-of-contact surface extends into interior **16**, such as, for example, an ATM interface or a set of elevator buttons, posterior opening **22** may be the opening through which a sanitizing agent passes to reach the point-of-contact surface from interior **16**.

Interior **16** may contain one or more sources of a sanitizing agent. In apparatus **10**, the sources may be three ultraviolet (UV) light bulbs **24**. Bulbs **24** may operate at the germicidal range of the ultraviolet light spectrum and/or have a germicidal coating. In embodiments where bulbs **24** apply germicidal UV as a sanitizing agent, bulbs **24** may operate within a wide range of powers and exposure times, such as, for example, power in the range of about 4-65 watts and exposure times of about 2-10 seconds. However, it should be understood that less power may be used in conjunction with a longer exposure time, or more power in conjunction with a shorter exposure time. Bulbs **24** are not limited to germicidal UV as a sanitizing agent. Bulbs **24** may sanitize surfaces based on one or more of: (1) a particular characteristic of the agent or energy applied (e.g., germicidal UV); (2) the heat resulting from the application of the sanitizing agent or energy, or (3) the interaction of the agent with a particular characteristic of the surface or another substance applied to the surface.

In addition to or instead of germicidal UV, the light bulbs **24** may emit radiation of some other portion of the spectrum. For example, but without limitation, the light bulbs **24** may output high-intensity, narrow-spectrum (HINS) radiation (e.g., in the visible light spectrum with a wavelength of or similar to, for example, 405 nm), blue light (e.g., having a wavelength of or similar to 415 nm), or another wavelength of radiation that is particularly well-suited to germicidal or antimicrobial applications.

An inner surface **26** may be configured in shape and material to reflect or direct the sanitizing agent toward a location where the point-of-contact surface is to be disposed when apparatus **10** is installed, thereby increasing the exposure of the surface to the sanitizing agent. In an embodiment

US 10,792,380 B2

5

where the point of contact does not extend into interior **16** (i.e., no point-of-contact surface is within interior **16**), inner surface **26** may be configured to direct or reflect the sanitizing agent toward the posterior end of interior **16**. Inner surface **26** is shown as a cylinder, but inner surface **26** may have another shape adapted to a particular application. Inner surface **26** may comprise aluminum, glass, or another reflective material, and/or may be coated with a reflective layer. Inner surface **26** may be configured to support bulbs **24** or otherwise be coupled with bulbs **24**. Additionally, inner surface **26** may be a unitary surface or structure, as shown, or may comprise multiple pieces or surfaces.

A posterior surface **28** may also be provided and may be configured to reflect or direct the sanitizing agent toward a location where the point-of-contact surface is to be disposed once apparatus **10** is installed. Posterior surface **28** may be one or more plates or other insert placed at posterior opening **22**, as shown in FIG. **2**, and may be configured to conform to the geometry of the point of contact. A two-segment posterior surface **28** with a circular opening, as shown, may be appropriate for use with a point of contact having a cylindrical extension portion, such as a doorknob. Although shown as a separate piece from housing **12**, posterior surface **28** may also be integral with housing **12** and may have a hole or other cut-out portion forming posterior opening **22**. Posterior surface **28** may comprise aluminum, glass, or another reflective material, or may be non-reflective if reflection from the posterior end of apparatus **10** is not desired.

FIGS. **3** and **4** are side views of apparatus **10**. Apparatus **10** may have a "longer" side, as shown in FIG. **3**, and a "shorter" side, as shown in FIG. **4**. However, it should be understood that the geometry of apparatus **10** may be adapted to particular points of contact and particular manufacturing restraints. Additionally, the size of housing **12** (and the rest of apparatus **10**) may be adapted to a particular application or particular manufacturing constraints.

FIG. **5** is a cross-sectional view of apparatus **10**, taken substantially along line **5-5** in FIG. **3**. FIG. **5** includes an exemplary point-of-contact (shown as a doorknob) in phantom. Although a gap is shown between apparatus **10** and the phantom door, apparatus **10** may be configured to be flush with such a door or other structure or surface. FIG. **5** also includes a protective screen **30** not shown in FIGS. **1** and **2**. Protective screen **30** may be provided to separate bulbs **24** (or another source of a sanitizing agent) from anterior opening **14** and posterior opening **22**—i.e., screen **30** may be disposed between bulbs **24** and a central portion of interior **16**. In effect, protective screen **30** may divide interior **16** into two compartments—a first compartment containing bulbs **24** and a second compartment providing human access from anterior opening **14** to the point of contact. Protective screen **30** may be provided for many purposes. For example, one purpose may be to prevent irritating contact between a user of the point of contact and bulbs **24**, which may reach high temperatures and/or may be coated with a substance that may irritate human skin. Another exemplary purpose may be to prevent user contact with bulbs **24**, which may be fragile. Protective screen **30** may be of any suitable shape, material, and geometry configured to allow the sanitizing agent to pass from sources **24** to the point-of-contact surface (i.e., the protective screen **30** may be transparent or translucent to the sanitizing agent). For example only, screen **30** may be a relatively rigid plastic cylinder having the same diameter as anterior opening **14**, as shown. Screen **30** may include gaps,

6

slits, or vents, or may be solid. Protective screen **30** also may be a unitary structure, or may comprise several segments and/or surfaces.

FIG. **6** is an isometric view of a second embodiment **34** of an apparatus for sanitizing a point-of-contact surface. Apparatus **34** is nearly identical to apparatus **10**, but apparatus **34** lacks an anterior dome. Apparatus **34** may extend less in the anterior direction from the point-of-contact surface than apparatus **10**, but apparatus **34** may still effectively sanitize the point-of-contact surface.

FIG. **7** is an anterior view of apparatus **34**. Lacking an anterior dome, housing **12** and interior **16** may be configured to extend no further in the anterior direction than do bulbs **24**. Bulbs **24** may also be configured in size, shape, and orientation in apparatus **34** or apparatus **10** for a particular point of contact. For example, rather than extending axially, as shown (i.e., substantially parallel to an axis of the apparatus extending from anterior opening **14** to posterior opening **22**), bulbs **24** may extend circumferentially, or otherwise normal to the apparatus axis.

FIG. **8** is a posterior view of apparatus **34** with posterior surface **28** removed. Apparatus **10** may appear substantially the same from the posterior perspective, except the interior of anterior dome **20** would be visible. Posterior opening **22** may be configured in size and shape to accommodate a particular point of contact.

FIG. **13** is a cross-sectional view of a third embodiment **60** of an apparatus for sanitizing a point-of-contact surface. The third embodiment **60** is substantially identical to the first apparatus **10**, but the dome **62** of the third apparatus may include a conical or frustoconical inner surface (i.e, as opposed to the hemispherical inner surface of the dome **20** of the first apparatus **10**) that is angled so as to reflect germicidal radiation towards the point-of-contact surface. Stated another way, the dome **62** may include a portion having a linear cross-section (i.e., as opposed to a curved cross-section, as in the dome **20** of the first apparatus **10**).

FIG. **14** is a cross-sectional view of a fourth embodiment **64** of an apparatus for sanitizing a point-of-contact surface. The fourth apparatus **64** is substantially identical to the first apparatus **10**, but the housing **66** of the fourth apparatus may include a reflective wall **68** that is disposed at an angle other than perpendicular to the posterior surface **28** so as to reflect germicidal radiation towards the point-of-contact surface. In an embodiment, the wall **68** may form a frustoconical housing portion. Such a frustoconical housing portion may have a narrower diameter at the anterior end of the portion, as shown in FIG. **14**. Alternatively, the frustoconical housing portion may have a narrower diameter at the posterior end of the portion, in an embodiment. The wall **68** may be substantially flat in cross-section (e.g., may extend in a substantially linear manner between its anterior and posterior ends, as shown in FIG. **14**), or may be curved in cross-section. The angled wall **68** may extend to meet the screen **30**, in an embodiment. In such an embodiment, or in another embodiment, the angled wall (e.g., the frustoconical housing portion) may define the anterior opening **14** of the housing. Alternatively, and as shown in FIG. **14**, the angled wall **68** may be coupled with a structure or surface **70** (e.g., a dome or a flat surface) configured to reflect sanitizing radiation towards the point-of-contact surface.

The first, third, and fourth sanitizing apparatus embodiments **10**, **60**, **64** all may include an anterior structure that is configured to be disposed anterior of the point-of-contact surface and to reflect germicidal radiation in a posterior direction towards the point-of-contact surface. The first apparatus **10** may include a dome **20** comprising a hemi-

US 10,792,380 B2

7

spherical portion, the third apparatus may include a dome **62** comprising a frustoconical portion, and the fourth apparatus **64** may include an angled wall that may form, for example, a frustoconical reflective housing portion.

FIG. **9** is a schematic view of a first embodiment of a system for sanitizing a point-of-contact surface, designated system **36**. System **36** may include an apparatus **38** for sanitizing a point-of-contact surface and a manual switch **40**. Apparatus **38** may be apparatus **10**, apparatus **34**, apparatus **60**, apparatus **64**, or another apparatus configured to sanitize a point-of-contact surface. Apparatus **38** includes an electrical circuit configured to control sanitizing agent sources **24**, shown again as bulbs or lamps. The electrical circuit may include one or more power supplies (shown as three 6-volt battery packs) and one or more circuit boards configured to electrically couple the power supplies with the sanitizing agent sources **24**, such as, for example, through a socket affixed to apparatus **38** into which lamp **24** may be removably placed. The power supply for the electrical circuit may also be an external source, such as, for example, from a wall socket through an appropriate cord. Additionally or alternatively, apparatus **38** or system **36** may include a generator to recharge batteries or battery packs within the circuit. The generator may be coupled to a door, door opening device, or other device such that the batteries are charged when the door is opened or closed, the door opening device is turned, or energy is otherwise imparted to the generator. Switch **40** may control the current flowing through the electrical circuit, thereby controlling the power applied to sanitizing agent sources **24** and thus controlling the amount of the sanitizing agent emitted by sanitizing agent sources **24**.

Apparatus **38** may have at least two operating states: a first state in which apparatus **38** directs a first amount of a sanitizing agent toward a location where a point-of-contact surface may be disposed after installation of apparatus **38**, and a second state in which apparatus **38** directs a second amount of the sanitizing agent toward the same location. Switch **40** may change the operating state of apparatus **38** by controlling the power applied to sanitizing agent sources **24**, as described above. Manual switch **40** may be integrated into apparatus **38** (such as in housing **12**), or may be located in close proximity to apparatus **38**. Switch **40** may be a button, lever, switch, other binary switching device, or a slider, dimmer, or other analog switching device.

Apparatus **38** may sanitize a point-of-contact surface when activated by switch **40**. For example, an individual may reach into apparatus **38**, turn a doorknob disposed within interior **16**, and open the attached door. After opening the door, the user may manually "flip" switch **40**, changing apparatus **38** from an "OFF" state to an "ON" state. In an "ON" state, the electrical circuit of apparatus **38** is configured to energize bulbs **24** such that bulbs **24** emit a non-zero amount of a sanitizing agent, such as germicidal UV, toward the doorknob. The shape and materials of interior **16** may reflect and direct the sanitizing agent (e.g., germicidal UV) onto the doorknob. Bulbs **24** may be deactivated (i.e., apparatus **38** may be changed from an "ON" state to an "OFF" state in which bulbs **24** emit a substantially zero amount of the sanitizing agent) upon a second manual "flip" of switch **40**. A user of the door may also flip switch **40** prior to using the doorknob to sanitize the doorknob before making contact with the doorknob, then flip switch **40** a second time to deactivate bulbs **24** such that the user may safely extend a hand into apparatus **38**. In an alternative embodiment, apparatus **38** may have three discrete operating states: "HIGH," "LOW," and "OFF" which may be selected by "flipping" an appropriate switch. Apparatus **38** may also

8

have four or more discrete operating states, or may have multiple operating states along an analog scale.

FIG. **10** is a schematic view of a second embodiment **42** of a system for sanitizing a point-of-contact surface. System **42** may include many of the same features and functionality as system **36**, but system **42** may change the state of apparatus **38** with a remote activation system **44**. Remote activation system **44** may include a remote receiver **46** integrated with apparatus **38** and a remote control **48**. Remote receiver **46** may have an independent power supply, as shown. Remote control **48** may communicate with remote receiver **46** wirelessly, such as by a radio frequency signal, or through a wired connection.

FIG. **11** is a schematic view of a third embodiment **50** of a system for sanitizing a point-of-contact surface. System **50** may include many of the same features and functionality as systems **36** and **42**, but system **50** may include a timer **52** for automatically deactivating apparatus **38**. Timer **52** may be coupled with manual switch **40** such that timer **52** automatically changes the operating state of (e.g., cuts power to) apparatus **38** after a set amount of time after switch **40** is "flipped." As a result, apparatus **38** may sanitize a surface for a pre-determined amount of time, such as, for example, 3-5 seconds, upon switch **40** being "flipped." Timer **52** may be configured to allow apparatus **38** to administer an effective dose of the sanitizing agent before de-energizing the electrical circuit. For example, timer **52** may allow the circuit of apparatus **38** to remain energized for about 5 seconds after switch **40** is "flipped."

FIG. **12** is a schematic view of a fourth embodiment **54** of a system for sanitizing a point-of-contact surface. System **54** may include many of the same features and functionality as systems **36**, **42**, and **50**, but system **54** may include a motion sensor **56** for automatically activating and/or deactivating apparatus **38**. Although not shown, motion sensor **56** may include an independent power supply. In an exemplary embodiment, after motion sensor **56** senses movement (e.g., a hand entering apparatus **38**), system **54** may wait about six seconds (i.e., enough time for a user to access the point-of-contact and remove the hand), then change the operating state of apparatus **38** (e.g., from a de-energized "OFF" state to an energized "ON" state) to sanitize the point of contact. Timer **52** may allow the circuit of apparatus **38** to remain energized for about 5 seconds before de-energizing the circuit. Such an exemplary embodiment may include two or more timers **52** (e.g., a first timer to count the passage of time between sensing movement and the energizing of the circuit, and a second timer to count the passage of time between the energizing of the circuit and the de-energizing of the circuit).

A system and apparatus for sanitizing a point-of-contact surface, such as, for example, a doorknob, other door opening device, ATM, or elevator buttons or control panel, as described herein has many advantages. The reduction of communicable germs in hospitals, where individuals may have weakened immune systems, may reduce loss of life and other illness resulting from transmitted germs. The reduction of communicable germs in the workplace and in schools may reduce lost work productivity and lost school days. The size and shape of the apparatus can be tailored to a particular application, so the apparatus need not unduly add to the bulk of the point-of-contact and can function with many different points of contact. The shapes and materials of the apparatus (e.g., anterior dome **20**, anterior dome **62**, inner surface **26**, posterior surface **28**) may increase the efficiency and efficacy of the sources of a sanitizing agent—thereby lowering the necessary power consumption of the system and appara-

US 10,792,380 B2

9

tus—by reflecting or directing the sanitizing agent toward a location where the point-of-contact may be disposed. Additionally, because the sanitizing system and apparatus may include one or more of, for example, a switch, timer, remote activation system, or motion sensor, the use and power consumption of the sanitizing system can be scaled to the frequency that sanitization is necessary for a particular point of contact.

Although numerous embodiments of this invention have been described above with a certain degree of particularity, those skilled in the art could make numerous alterations to the disclosed embodiments without departing from the spirit or scope of this invention. All directional references (e.g., plus, minus, upper, lower, upward, downward, left, right, leftward, rightward, top, bottom, above, below, vertical, horizontal, clockwise, and counterclockwise) are only used for identification purposes to aid the reader's understanding of the present invention, and do not create limitations, particularly as to the position, orientation, or use of the invention. Joinder references (e.g., attached, coupled, connected, and the like) are to be construed broadly and may include intermediate members between a connection of elements and relative movement between elements. As such, joinder references do not necessarily infer that two elements are directly connected and in fixed relation to each other. It is intended that all matter contained in the above description or shown in the accompanying drawings shall be interpreted as illustrative only and not limiting. Changes in detail or structure may be made without departing from the spirit of the invention as defined in the appended claims.

What is claimed is:

**1**. An apparatus for sanitizing an object, the apparatus comprising:

a housing comprising one or more sidewalls, the housing defining an interior configured to receive the object;

a posterior wall disposed at a posterior end of the housing, the posterior wall extending inwardly from the one or more sidewalls;

a dome disposed at an anterior end of the housing, the dome at least partially defining an anterior opening for access to the interior; and

one or more sources of germicidal light disposed under the dome.

**2**. The apparatus of claim **1**, wherein the posterior wall is the most posterior structure in the apparatus, and wherein a line extending perpendicularly from the posterior wall extends out of the opening without extending through any other structure of the apparatus.

**3**. The apparatus of claim **2**, wherein the opening lies in a plane that is parallel with the posterior wall.

**4**. The apparatus of claim **1**, wherein the opening lies in a plane that is parallel with the posterior wall.

**5**. The apparatus of claim **1**, wherein the one or more sidewalls are generally perpendicular with the posterior wall.

**6**. The apparatus of claim **1**, wherein said germicidal light comprises germicidal ultraviolet (UV) light.

10

**7**. The apparatus of claim **1**, wherein said germicidal light comprises germicidal blue light.

**8**. The apparatus of claim **1**, wherein said germicidal light comprises germicidal high-intensity, narrow-spectrum (HINS) light.

**9**. The apparatus of claim **1**, wherein the dome defines the entire opening.

**10**. The apparatus of claim **1**, wherein at least a portion of the housing is rectangular.

**11**. The apparatus of claim **1**,

wherein the anterior opening defines a two-dimensional transverse cross-sectional shape;

wherein a projection of the two-dimensional shape in a posterior direction defines a three-dimensional projected shape that extends from the anterior opening to the posterior wall; and

wherein the one or more sources of germicidal light are not contained within the three-dimensional projected shape.

**12**. The apparatus of claim **1**, further comprising:

a user-actuatable switch configured to selectively couple the one or more sources of germicidal light to a power supply.

**13**. The apparatus of claim **1**, further comprising:

a motion sensor, wherein the apparatus is configured to selectively couple the one or more sources of germicidal light to a power supply responsive to detection of movement by the motion sensor.

**14**. The apparatus of claim **1**, further comprising a protective screen disposed between the one or more sources of germicidal light and a portion of the interior, the screen configured to prevent user contact with the one or more sources of germicidal light.

**15**. The apparatus of claim **14**, wherein the protective screen comprises a material that is transparent or translucent to the germicidal light.

**16**. The apparatus of claim **1**, wherein an area of a cross-section of the apparatus taken at the most anterior end of the apparatus is smaller than an area of a cross-section of the apparatus taken at the most posterior end of the apparatus.

**17**. The apparatus of claim **1**, further comprising a power supply, contained within the housing, and configured to be selectively coupled to the one or more sources of germicidal light.

**18**. The apparatus of claim **17**, wherein the power supply comprises one or more batteries.

**19**. The apparatus of claim **1**, wherein the dome comprises a curved cross-section portion.

**20**. The apparatus of claim **1**, wherein the dome comprises a linear cross-section portion.

* * * * *