# Exhibit B

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

EPAS ID: PAT6722839

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

### CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| DEAN SCHAUMACHER | 08/19/2019 |

### RECEIVING PARTY DATA

| Name: | GERM DOME INDUSTRIES LLC |
|---|---|
| Street Address: | 4033 BEACH DR. |
| City: | ORCHARD LAKE |
| State/Country: | MICHIGAN |
| Postal Code: | 48324 |

### PROPERTY NUMBERS Total: 6

| Property Type | Number |
|---|---|
| Patent Number: | 8698100 |
| Application Number: | 14252294 |
| Patent Number: | 9833525 |
| Application Number: | 15831043 |
| Application Number: | 16932221 |
| Application Number: | 17032187 |

### CORRESPONDENCE DATA

Fax Number: (312)456-8435

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

Phone: 3124568400
Email: chiipmail@gtlaw.com
Correspondent Name: JONATHAN GIROUX
Address Line 1: GREENBERG TAURIG, LLP
Address Line 4: CHICAGO, ILLINOIS 60601

| ATTORNEY DOCKET NUMBER: | 160513.010000 |
|---|---|
| NAME OF SUBMITTER: | JONATHAN GIROUX |
| SIGNATURE: | /Jonathan Giroux/ |
| DATE SIGNED: | 05/21/2021 |

Total Attachments: 4

source=Germ Dome _Patent Assignment#page1.tif
source=Germ Dome _Patent Assignment#page2.tif
source=Germ Dome _Patent Assignment#page3.tif
source=Germ Dome _Patent Assignment#page4.tif

# PATENT ASSIGNMENT AGREEMENT

August 19, 2019

WHEREAS, Dean Schumacher ("*Assignor*") is the owner of the entire right, title and interest of certain United States and/or foreign patents and/or pending patent applications identified on Schedule A attached hereto (collectively, the "*Patents*");

WHEREAS, Germ Dome Industries LLC, a Delaware limited liability company, having a mailing address at 4033 Beach Dr., Orchard Lake, Michigan 48324 ("*Assignee*"), is desirous of acquiring the Patents; and

WHEREAS, Assignor desires to assign the Patents to Assignee and Assignee desires to accept the assignment of the Patents pursuant this Patent Assignment Agreement.

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency and receipt of which are hereby acknowledged, Assignor hereby assigns, transfers and conveys to Assignee, Assignor's entire worldwide right, title and interest in and to the Patents, free and clear of liens or encumbrances, together with all continuations, divisions, reissues and extensions thereof and the inventions described and claimed therein, and all United States and foreign patents and filings (including without limitation, those patents, patent applications, and filings set forth on Schedule A), utility models, and design registrations that may be (or have been) filed or granted based on such inventions or improvements, and the right to claim priority based on the filing date of the applications and patents under the International Convention for the Protection of Industrial Property, the Patent Cooperation Treaty, the European Patent Convention, and all other treaties of like purposes, all rights to sue for infringement of the Patents, whether arising prior to or subsequent to the date hereof (the "*Effective Date*"), all income, royalties or payments due or payable as of the Effective Date or thereafter with respect to the Patents, the same to be held and enjoyed by Assignee, its successors and assigns from and after the date of this Assignment as fully and entirely as the same would have been held and enjoyed by Assignor had this Assignment not been made; together with all renewals thereof; all income, royalties, damages and payments now and hereafter due and/or payable with respect thereto, including, without limitation, damages and payments for past or future infringements thereof; and any and all United States and/or foreign patents which may be issued in connection with the Patents in the future.

Assignor hereby further agrees and covenants that Assignor, or Assignor's legal representatives and assigns, as the case may be, shall execute and convey as directed upon Assignee's request (or the request of Assignee's successor or assigns), any and all other documents, information, evidence or facts requested by Assignee that are known or available to Assignor (or its successor or assigns) relating to said inventions, patents and patent applications, or the history thereof, as Assignee in its sole discretion deems advisable or necessary in order to fully vest all rights herein transferred to Assignee in Assignee, and will testify as to the same in any interference or other litigation or legal proceeding when requested to do so, at Assignee's expense.

Assignor hereby authorizes the Commissioner of Patents and Trademarks (and the equivalent authority in foreign patent offices) to transfer the Patents and any Patent applications

to Assignee as assignee of the entire right, title and interest therein or otherwise as Assignee may direct, in accordance with this instrument of assignment.

Assignor hereby grants to the designated attorneys of Assignee, the authority and power to insert on this instrument and any further identification which may be necessary or desirable for purposes of recordation by the United States Patent and Trademark Office or the patent office of any other country throughout the world.

This Patent Assignment Agreement constitutes the entire agreement and supersedes all prior agreements between the parties to the extent pertaining to the transfer of the Patents, and shall be deemed binding upon the parties, their heirs, legal representatives and successors.

This Patent Assignment Agreement may be executed in one or more counterparts (including by means of pdf), each of which when executed shall be deemed to be an original, but all of which together shall constitute one and the same instrument. This Patent Assignment Agreement shall be governed by and construed in accordance with the laws of the State of Delaware.

*(Signature page follows)*

IN WITNESS WHEREOF, the parties have executed this Patent Assignment Agreement as of the first date set forth above.

ASSIGNOR:

_____
Dean Schumacher

ASSIGNEE:

GERM DOME INDUSTRIES LLC
a Delaware limited liability company

By_____
Name: Dean Schumacher
Title: President and CEO

*Signature page to Patent Assignment Agreement*

Schedule A

| Application No. | Patent No. | Filing Date | Grant Date | Country | Title |
|---|---|---|---|---|---|
| 13/070,044 | 8,698,100 | 3/23/2011 | 4/15/2014 | USA | System and apparatus for sanitizing a door opening device or other point of contact |
| 14/252,294 | | 4/14/2014 | | USA | System and apparatus for sanitizing a door opening device or other point of contact |
| 14/299,815 | 9,833,525 | 6/9/2014 | 12/5/2017 | USA | System and apparatus for sanitizing a door opening device or other point of contact |
| 15/831,043 | | 12/4/2017 | | USA | System and apparatus for sanitizing a door opening device or other point of contact |

*ACTIVE 45020657v2*