# Exhibit E

**Claim Chart for U.S. Patent No. 10,792,380**

PhoneSoap Go directly infringes claim 1 of U.S. Patent No. 10,792,380 ("the '380 Patent), and its dependent claims, under 35 U.S.C. § 271(a) as shown in this claim chart, literally and/or under the doctrine of equivalents.

| U.S. Patent No. 10,792,380 | PhoneSoap Go[1] |
|---|---|
| 1. An apparatus for sanitizing an object, the apparatus comprising:<br><br>a housing comprising one or more sidewalls, the housing defining an interior configured to receive the object; | PhoneSoap Go is an apparatus for sanitizing an object.<br><br> |

---

[1] Photographs in this claim chart are taken from https://www.phonesoap.com/products/phonesoap-go.

1

| | |
|---|---|
| a posterior wall disposed at a posterior end of the housing, the posterior wall extending inwardly from the one or more sidewalls; | <br>Posterior end of the housing<br>Sidewall<br>Sidewall<br>Posterior wall extending inwardly from the one or more sidewalls |

2

| | |
|---|---|
| a dome disposed at an anterior end of the housing, the dome at least partially defining an anterior opening for access to the interior; and |  |

| | |
|---|---|
| one or more sources of germicidal light disposed under the dome. |  Source of germicidal light disposed under the dome<br><br>Source of germicidal light disposed under the dome |

| | |
|---|---|
| 5. The apparatus of claim 1, wherein the one or more sidewalls are generally perpendicular with the posterior wall. |  |

| | |
|---|---|
| 6. The apparatus of claim 1, wherein said germicidal light comprises germicidal ultraviolet (UV) light. |  Germicidal light comprises germicidal ultraviolet (UV) light |

| | |
|---|---|
| 10. The apparatus of claim 1, wherein at least a portion of the housing is rectangular. | <br>At least a portion of the housing is rectangular |

| | |
|---|---|
| 12. The apparatus of claim 1, further comprising: a user-actuatable switch configured to selectively couple the one or more sources of germicidal light to a power supply. | <br><br>A user actuatable switch (closing the lid) is configured to selectively couple the one or more sources of germicidal light to a power supply (begin disinfection). |

8

| | |
|---|---|
| 14. The apparatus of claim 1, further comprising a protective screen disposed between the one or more sources of germicidal light and a portion of the interior, the screen configured to prevent user contact with the one or more sources of germicidal light. | <br><br>On information and belief PhoneSoap Go has a protective screen disposed between the one or more sources of germicidal light, which is confiured to prevent user contact with the one or more sources of germicidal light. |

9

| | |
|---|---|
| 15. The apparatus of claim 14, wherein the protective screen comprises a material that is transparent or translucent to the germicidal light. | Protective screen comprises a material that is transparent or translucent to the germicidal lightOn information and belief PhoneSoap Go has a protective screen that comprises a material that is transparent or translucent to the germicidal light. |

| | |
|---|---|
| 17. The apparatus of claim 1, further comprising a power supply, contained within the housing, and configured to be selectively coupled to the one or more sources of germicidal light. | <br><br>Power supply (battery) contained within the housing<br><br>Source of germicidal light selectively coupled to power supply<br><br>A user actuatable switch (closing the lid) is configured to selectively couple the one or more sources of germicidal light to a power supply (begin disinfection). |

| | |
|---|---|
| 18. The apparatus of claim 17, wherein the power supply comprises one or more batteries. | The power supply comprises one or more batteries.<br><br> |

| | |
|---|---|
| 20. The apparatus of claim 1, wherein the dome comprises a linear cross-section portion. | <br>The dome comprises a linear cross-section portion |