Exhibit H

**Claim Chart for U.S. Patent No. 10,792,380**

HomeSoap directly infringes claim 1 of U.S. Patent No. 10,792,380 (“the ‘380 Patent), and its dependent claims, under 35 U.S.C. § 271(a) as shown in this claim chart, literally and/or under the doctrine of equivalents.

| U.S. Patent No. 10,792,380 | HomeSoap[1] |
|---|---|
| 1. An apparatus for sanitizing an object, the apparatus comprising:<br><br>a housing comprising one or more sidewalls, the housing defining an interior configured to receive the object; | HomeSoap is an apparatus for sanitizing an object.<br> |

[1] Photographs in this claim chart are taken from https://www.phonesoap.com/products/homesoap.

| | |
|---|---|
| a posterior wall disposed at a posterior end of the housing, the posterior wall extending inwardly from the one or more sidewalls; |  |

| | |
|---|---|
| a dome disposed at an anterior end of the housing, the dome at least partially defining an anterior opening for access to the interior; and |  |

| | |
|---|---|
| one or more sources of germicidal light disposed under the dome. | Source of germicidal light disposed under the dome<br><br>Source of germicidal light disposed under the dome |

| | |
|---|---|
| 2. The apparatus of claim 1, wherein the posterior wall is the most posterior structure in the apparatus, and wherein a line extending perpendicularly from the posterior wall extends out of the opening without extending through any other structure of the apparatus. | Complete* 360° UV-C disinfection 10mins disinfection cycle<br>Posterior wall is the most posterior structure in the apparatus<br>Opening<br>Line extending perpendicularly from the posterior wall extends out of the opening without extending through any other structure of the apparatus |

| | |
|---|---|
| 3. The apparatus of claim 2, wherein the opening lies in a plane that is parallel with the posterior wall. |  |

4. The apparatus of claim 1, wherein the opening lies in a plane that is parallel with the posterior wall.

| | |
|---|---|
| 5. The apparatus of claim 1, wherein the one or more sidewalls are generally perpendicular with the posterior wall. |  |

| | |
|---|---|
| 6. The apparatus of claim 1, wherein said germicidal light comprises germicidal ultraviolet (UV) light. | Kills 99.9%*<br>of germs using<br>UV-C light<br>Germicidal light comprises germicidal ultraviolet (UV) light |

9

| | |
|---|---|
| 10. The apparatus of claim 1, wherein at least a portion of the housing is rectangular. |  At least a portion of the housing is rectangular<br>Complete*<br>360°<br>UV-C disinfection<br>10mins<br>disinfection cycle |

10

| | |
|---|---|
| 11. The apparatus of claim 1, wherein the anterior opening defines a two-dimensional transverse cross-sectional shape;<br><br>wherein a projection of the two-dimensional shape in a posterior direction defines a three-dimensional projected shape that extends from the anterior opening to the posterior wall; and<br><br>wherein the one or more sources of germicidal light are not contained within the three-dimensional projected shape. | <br> |

| 12. The apparatus of claim 1, further comprising: a user-actuatable switch configured to selectively couple the one or more sources of germicidal light to a power supply. |   <br>**How do I switch between automatic and manual mode?**<br>Hold down on the circular button above the lightning bolt on the door, this button is touch sensitive. After a few seconds of holding, the lightning bolt will flash. This flash signifies that the mode has changed.<br>A user actuatable switch (closing the door or using manual mode via the button) is configured to selectively couple the one or more sources of germicidal light to a power supply (begin disinfection). |
|---|---|

| | |
|---|---|
| 14. The apparatus of claim 1, further comprising a protective screen disposed between the one or more sources of germicidal light and a portion of the interior, the screen configured to prevent user contact with the one or more sources of germicidal light. | <br>Protective screen disposed between the one or more sources of germicidal light and a portion of the interior<br>Source of germicidal light<br>Interior<br>Kills 99.9%* of germs using UV-C light<br>On information and belief HomeSoap has a protective screen disposed between the one or more sources of germicidal light, which is confiured to prevent user contact with the one or more sources of germicidal light. |

<table>
<tr>
<td>15. The apparatus of claim 14, wherein the protective screen comprises a material that is transparent or translucent to the germicidal light.</td>
<td>Protective screen comprises a material that is transparent or translucent to the germicidal light<br>

<br>
On information and belief HomeSoap has a protective screen that comprises a material that is transparent or translucent to the germicidal light.</td>
</tr>
</table>

| | |
|---|---|
| 19. The apparatus of claim 1, wherein the dome comprises a curved cross-section portion. | |

The dome comprises a curved cross-section portion
Complete*
360°
UV-C disinfection
10mins
disinfection cycle
The dome comprises a curved cross-section portion

| 20. The apparatus of claim 1, wherein the dome comprises a linear cross-section portion. | The dome comprises a linear cross-section portion<br><br>Complete* 360° UV-C disinfection<br>10mins disinfection cycle |
|---|---|